IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR CARRASQUILLO | : | CIVIL ACTION |
| v. | : | |
| WILLIAM J. WOLFE, ET AL. | : | NO. 02-3629-RK |

**O R D E R**

AND NOW, this 12th day of AUGUST, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that:

1. The Attorney General for the State of Pennsylvania shall file specific and detailed answers within thirty (30) days of the date of this order, pursuant to Rule 5, 28 U.S.C. fol. § 2254.

BY THE COURT:

_____
PETER B. SCUDERI
U.S. MAGISTRATE JUDGE